UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SPEECHNOW.ORG, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 08-248 (JR) |
| FEDERAL ELECTION COMMISSION<br>999 E St. NW<br>Washington, DC 20463, | ) ) ) ) ) | MOTION FOR EXTENSION |
| Defendant. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendant Federal Election Commission ("Commission") respectfully moves this Court for an extension of time to respond to plaintiffs' Motion for Preliminary Injunction. Plaintiffs consent to this extension.

On February 14, 2008, plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt (collectively "plaintiffs") filed a complaint and a motion for preliminary injunction seeking to have declared unconstitutional as applied to plaintiffs several important provisions of the Federal Election Campaign Act, 2 U.S.C. §§ 431-455, that have been in place since 1974. Under the default schedule in LCvR 65.1(c), the Commission's response to plaintiffs' motion would be due five business days from the date of plaintiffs' filing, *i.e.*, by February 22. In order to allow for the preparation of an adequate response to the significant constitutional questions raised by the motion, the Commission requests that the Court extend the date for the Commission's response to plaintiffs' motion to

March 5.  Counsel for the Commission has conferred with counsel for plaintiffs and plaintiffs have consented to this extension of time.

For the foregoing reasons, the Commission respectfully requests that the Court issue the attached proposed order requiring the Commission to file its opposition to plaintiffs' motion for preliminary injunction no later than March 5, 2008.

                                        Respectfully submitted,

Thomasenia P. Duncan (D.C. Bar No. 424222)
General Counsel

David Kolker (D.C. Bar No. 394558)
Associate General Counsel

Kevin Deeley
Assistant General Counsel

/s/ Robert W. Bonham III
Robert W. Bonham III (D.C. Bar No. 397859)
Senior Attorney

Steve N. Hajjar
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
Dated:  February 20, 2008          (202) 694-1650

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SPEECHNOW.ORG, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 08-248 (JR) |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter having come before the Court upon defendant Federal Election Commission's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction, and the Court having read and considered defendant's motion, it is hereby ORDERED that defendant's motion for extension is GRANTED; and defendant's opposition shall be served and filed on or before March 5, 2008.

JAMES ROBERTSON
United States District Judge