A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SPEECHNOW.ORG, et. al.,

    Plaintiff(s)

vs.

FEDERAL ELECTION COMMISSION,

    Defendant(s)

**APPEARANCE**

CASE NUMBER  1:08-cv-00248 (JR)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Robert W. Bonham, III  as counsel in this
        (Attorney's Name)

case for:  Federal Election Commission
        (Name of party or parties)


February 20, 2008
Date

D.C. Bar No. 397859
BAR IDENTIFICATION

*[Signature]*
Signature

Robert W. Bonham, III
Print Name

999 E Street, N.W.
Address

Washington, D.C.  20463
City            State            Zip Code

(202) 694-1650
Phone Number