AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SPEECHNOW.ORG, et. al.,

      Plaintiff(s)     )
                                )     **APPEARANCE**
                                )
                                )
      vs.                 )     CASE NUMBER   1:08-cv-00248 (JR)
FEDERAL ELECTION COMMISSION,  )
                                )
      Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  David Kolker  as counsel in this
                                   (Attorney's Name)

case for:  Federal Election Commission
                (Name of party or parties)

February 20, 2008
Date

*(signature)*
Signature

David Kolker
Print Name

D.C. Bar No. 394558
BAR IDENTIFICATION

999 E Street, N.W.
Address

Washington, D.C.  20463
City         State         Zip Code

(202) 694-1650
Phone Number