FILED
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPEECHNOW.ORG, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 08-248 (JR) |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter having come before the Court upon defendant Federal Election Commission's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction, and the Court having read and considered defendant's motion, it is hereby ORDERED that defendant's motion for extension is GRANTED; and defendant's opposition shall be served and filed on or before March 5, 2008.

JAMES ROBERTSON
United States District Judge

Dated: 2/22/08