A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SPEECHNOW.ORG, et. al.,

      Plaintiff(s)

vs.

FEDERAL ELECTION COMMISSION,

      Defendant(s)

**APPEARANCE**

CASE NUMBER   1:08-cv-00248 (JR)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Steve N. Hajjar  as counsel in this
(Attorney's Name)

case for:  Federal Election Commission
(Name of party or parties)

February 20, 2008
Date

BAR IDENTIFICATION

Signature

Steve N. Hajjar
Print Name

999 E Street, N.W.
Address

Washington, D.C.   20463
City   State   Zip Code

(202) 694-1650
Phone Number