UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPEECHNOW.ORG, <br> DAVID KEATING, <br> FRED M. YOUNG, JR., <br> EDWARD H. CRANE, III, <br> BRAD RUSSO, and <br> SCOTT BURKHARDT <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION <br><br> Defendant. | Civil Case No. 1:08-cv-00248 |

**MOTION IN SUPPORT OF ADMISSION OF
BRADLEY A. SMITH *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Steven M. Simpson respectfully moves the Court for permission for Bradley A. Smith to appear as counsel for Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt in this action. As grounds for this Motion, Mr. Simpson states as follows:

1.  I am a senior attorney with the Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, Va., 22203.

2.  I am licensed or authorized to practice law in the following jurisdictions and courts: Bar of the District of Columbia; the State of New York; the United States Supreme Court; and the United States Courts of Appeals for the Second, Third, Fourth, Fifth and Sixth Circuits.

I am currently and at all times have been a member in good standing of each court or jurisdiction listed herein.

    3.    On November 5, 2007 I was granted admission this Court.

    4.    I have not been subjected to discipline in any jurisdiction and there are presently no disciplinary proceedings pending against me in any jurisdiction.

    5.    I seek the Court's permission to admit Bradley A. Smith to represent the Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt in this matter.

    6.    I acknowledge that Bradley A. Smith is subject to all applicable provisions of the District of Columbia Rules of Professional Conduct and the Federal Rules of Civil Procedure.

WHEREFORE, for the foregoing reasons, set forth in accordance with Local Rule 83.2(d) of the United States District Court for the District of Columbia, Steven M. Simpson respectfully requests that the Court enter an order granting Bradley A. Smith permission to appear as counsel for Plaintiffs' SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt, in this action.

Respectfully submitted this 3rd day of March, 2008.

    Respectfully submitted,

    /s/Steven M. Simpson
    Steven M. Simpson (DC Bar No. 462553)
    INSTITUTE FOR JUSTICE
    901 N. Glebe Road, Suite 900
    Arlington, VA 22203
    Tel: (703) 682-9320
    Fax: (703) 682-9321
    Email: ssimpson@ij.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 3rd Day of March, 2008, a true and correct copy of the MOTION IN SUPPORT OF ADMISSION OF BRADLEY A. SMITH *PRO HAC VICE* was electronically filed using the court's ECF system and sent via the ECF electronic notification system to:


Robert W. Bonham, III
David B. Kolker
FEDERAL ELECTION COMMISSION
999 E. Street, N.W.
Washington, DC  20463

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Steve N. Hajjar
FEDERAL ELECTION COMMISSION
999 E. Street, N.W.
Washington, DC  20463


                                        /s/ Steven M. Simpson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPEECHNOW.ORG, <br> DAVID KEATING, <br> FRED M. YOUNG, JR., <br> EDWARD H. CRANE, III, <br> BRAD RUSSO, and <br> SCOTT BURKHARDT <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION <br><br> Defendant. | Civil Case No. 1:08-cv-00248 |

## DECLARATION OF BRADLEY A. SMITH IN SUPPORT OF MOTION FOR *PRO HAC VICE*

I, BRADLEY A. SMITH, declare under penalty of perjury that the following is true:

1. My name is Bradley A. Smith, I am a citizen of the United States, a resident of the State of Ohio, and am over the age of 18 years.

2. I am a Professor of Law at Capital University Law School, 303 East Broad Street, Columbus, Ohio, 43215, (614) 236-6317.

3. I am duly licensed to practice law in the State of Ohio, was admitted to the United States Court of Appeals for the Sixth Circuit on November 23, 1992 and the United States District Court, Southern District of Ohio on January 11, 1991.

1

4. I have not been subjected to discipline in any jurisdiction and there are presently no disciplinary proceedings pending against me in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. A Certificate of Good Standing from the Supreme Court of Ohio is attached hereto.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of February, 2008.

_____
Bradley A. Smith

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Bradley Alan Smith

was admitted to the practice of law in Ohio on November 05, 1990; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 8th day of February, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SPEECHNOW.ORG,                      )
DAVID KEATING,                      )
FRED M. YOUNG, JR.,                 )
EDWARD H. CRANE, III,               )
BRAD RUSSO, and                     )
SCOTT BURKHARDT                     )
                                    )
           Plaintiffs,              )
                                    )
    v.                              )   Civil Case No. _____
                                    )
FEDERAL ELECTION COMMISSION         )
                                    )
           Defendant.               )
_____)

**ORDER GRANTING MOTION IN SUPPORT OF ADMISSION
OF BRADLEY A. SMITH *PRO HAC VICE***

    THE COURT, having considered the Motion of Steven M. Simpson in Support of Admission of Bradley A. Smith for Admission *Pro Hac Vice*, having considered the pleadings and other documents of record, and otherwise being fully advised in the premises,

    HEREBY ORDERS that Bradley A. Smith is admitted in this action *pro hac vice* to appear and to represent the Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt in accordance with the provisions of Rule 83.2(d) of the United States District Court for the District of Columbia.

DONE this _____ day of _____, 2008.

                                    BY THE COURT:


                                    _____
                                    United States District Judge