UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SPEECHNOW.ORG,                      )
DAVID KEATING,                      )
FRED M. YOUNG, JR.,                 )
EDWARD H. CRANE, III,               )
BRAD RUSSO, and                     )
SCOTT BURKHARDT                     )
                                    )
               Plaintiffs,          )
                                    )
       v.                           )          Civil Case No. 1:08-cv-00248
                                    )
FEDERAL ELECTION COMMISSION         )
                                    )
               Defendant.           )
_____)

---

## MOTION IN SUPPORT OF ADMISSION OF
## MICHAEL P. DARNER *PRO HAC VICE*

---

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Steven M. Simpson respectfully moves the Court for permission for Michael P. Darner to appear as counsel for Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt in this action. As grounds for this Motion, Mr. Simpson states as follows:

1.     I am a senior attorney with the Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, Va., 22203.

2.     I am licensed or authorized to practice law in the following jurisdictions and courts: Bar of the District of Columbia; the State of New York; the United States Supreme Court; and the United States Courts of Appeals for the Second, Third, Fourth, Fifth and Sixth Circuits.

I am currently and at all times have been a member in good standing of each court or jurisdiction listed herein.

     3.     On November 5, 2007 I was granted admission this Court.

     4.     I have not been subjected to discipline in any jurisdiction and there are presently no disciplinary proceedings pending against me in any jurisdiction.

     5.     I seek the Court's permission to admit Michael P. Darner to represent the Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt in this matter.

     6.     I acknowledge that Michael P. Darner is subject to all applicable provisions of the District of Columbia Rules of Professional Conduct and the Federal Rules of Civil Procedure.

     WHEREFORE, for the foregoing reasons, set forth in accordance with Local Rule 83.2(d) of the United States District Court for the District of Columbia, Steven M. Simpson respectfully requests that the Court enter an order granting Michael P. Darner permission to appear as counsel for Plaintiffs' SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt, in this action.

Respectfully submitted this 3rd day of March, 2008.

                                  Respectfully submitted,

                                  /s/Steven M. Simpson
                                  Steven M. Simpson (DC Bar No. 462553)
                                  INSTITUTE FOR JUSTICE
                                  901 N. Glebe Road, Suite 900
                                  Arlington, VA 22203
                                  Tel: (703) 682-9320
                                  Fax: (703) 682-9321
                                  Email: ssimpson@ij.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd Day of March, 2008, a true and correct copy of the MOTION IN SUPPORT OF ADMISSION OF MICHAEL P. DARNER *PRO HAC VICE* was electronically filed using the court's ECF system and sent via the ECF electronic notification system to:


Robert W. Bonham, III
David B. Kolker
FEDERAL ELECTION COMMISSION
999 E. Street, N.W.
Washington, DC  20463

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Steve N. Hajjar
FEDERAL ELECTION COMMISSION
999 E. Street, N.W.
Washington, DC  20463



<u>/s/ Steven M. Simpson</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SPEECHNOW.ORG, <br> DAVID KEATING, <br> FRED M. YOUNG, JR., <br> EDWARD H. CRANE, III, <br> BRAD RUSSO, and <br> SCOTT BURKHARDT <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Case No. 1:08-cv-00248 |

## DECLARATION OF MICHAEL P. DARNER IN SUPPORT OF MOTION FOR *PRO HAC VICE*

I, MICHAEL P. DARNER, declare under penalty of perjury that the following is true:

1.    My name is Michael P. Darner, I am a citizen of the United States, a resident of the the District of Columbia, and am over the age of 18 years.

2.    I am the Legal Associate for the Center for Competitive Politics, 124 West Street South, Suite 201, Alexandria, Virginia 22314, (703) 894-6800.

3.    I was duly licensed to practice law in the State of Maryland on December 11, 2007.

4.    I have not been subjected to discipline in any jurisdiction and there are presently no disciplinary proceedings pending against me in any jurisdiction.

5.    I not been admitted *pro hac vice* in this Court within the last two years.

6.    A Certificate of Good Standing from the Superior Court of Maryland is attached

hereto.

7.    I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of February, 2008.

Michael P. Darner

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eleventh day of December, 2007,*

## Michael Phillip Darner

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-second day of February, 2008.*

*Alexander L. Cummings*

*Clerk of the Court of Appeals of Maryland*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————
                                                    )
SPEECHNOW.ORG,                                      )
DAVID KEATING,                                      )
FRED M. YOUNG, JR.,                                 )
EDWARD H. CRANE, III,                               )
BRAD RUSSO, and                                     )
SCOTT BURKHARDT                                     )
                                                    )
                    Plaintiffs,                     )
                                                    )
            v.                                      )          Civil Case No. _____
                                                    )
FEDERAL ELECTION COMMISSION                         )
                                                    )
                    Defendant.                      )
—————————————————————)

**ORDER GRANTING MOTION IN SUPPORT OF ADMISSION
OF MICHAEL P. DARNER *PRO HAC VICE***

THE COURT, having considered the Motion of Steven M. Simpson in Support of

Admission of Michael P. Darner for Admission *Pro Hac Vice*, having considered the pleadings

and other documents of record, and otherwise being fully advised in the premises,

HEREBY ORDERS that Michael P. Darner is admitted in this action *pro hac vice* to

appear and to represent the Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr.,

Edward H. Crane, III, Brad Russo, and Scott Burkhardt in accordance with the provisions of

Local Rule 83.2(d) of the United States District Court for the District of Columbia.

DONE this _____ day of _____, 2008.

BY THE COURT:

_____
United States District Judge