AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SPEECHNOW.ORG, et. al.,

        Plaintiff(s)      )  **APPEARANCE**

        vs.      )  CASE NUMBER  1:08-cv-00248 (JR)

FEDERAL ELECTION COMMISSION,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Kevin Deeley__ as counsel in this
            (Attorney's Name)

case for: __Federal Election Commission__
         (Name of party or parties)

March 5, 2008
Date

*(signature)*
Signature

Kevin Deeley
Print Name

BAR IDENTIFICATION

999 E Street, N.W.
Address

Washington, D.C.  20463
City    State    Zip Code

(202) 694-1650
Phone Number