**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SPEECHNOW.ORG, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 08-0248 (JR) |
| FEDERAL ELECTION COMMISSION, | : |
| Defendant. | : |

## ORDER

Before the Court is the motion of Democracy 21 and Campaign Legal Center for leave to file a memorandum as *amici curiae* [10]. Plaintiff Speechnow.org, representing and urging a completely unrestricted, libertarian approach to campaign financing in the name of free speech, opposes the motion, arguing, apparently without any sense of irony, that the speech of *amici* should not be heard -- now. Electronic case filing provides a very big tent for *amici*. The filing of a memorandum *amicus curiae* prejudices nobody and obligates no party to respond. The motion is **granted**.

JAMES ROBERTSON
United States District Judge