UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
SPEECHNOW.ORG, et al.,           :
                                 :
        Plaintiffs,               :
                                 :
    v.                           :  Civil Action No. 08-0248 (JR)
                                 :
FEDERAL ELECTION COMMISSION,     :
                                 :
        Defendant.                :
```

### ORDER

Upon consideration of plaintiffs' motions for the *pro hac vice* appearances of Bradley A. Smith [8] and Michael P. Darner [9], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                              JAMES ROBERTSON
                         United States District Judge