AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SpeechNow.org; David Keating; Fred M. Young, Jr.; Edward H. Crane, III; Brad Russo; and Scott Burkhardt, Plaintiffs

SUMMONS IN A CIVIL CASE

V.

Federal Election Commission, Defendant

Case: 1:08-cv-00248
Assigned To : Robertson, James
Assign. Date : 2/14/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

Thomasenia P. Duncan, in her official capacity as General Counsel of the Federal Election Commission
999 E. Street, NW
Washington, DC 20463
Tel: (202) 694-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven M. Simpson
Institute for Justice
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Attorney for Plaintiffs

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    FEB 14 2008

CLERK                                          DATE

_[signature]_
(By) DEPUTY CLERK

United States District Court
District of Columbia

| | |
|---|---|
| SPEECHNOW.ORG; DAVID KEATING; FRED M. YOUNG, JR., EDWARD H. CRANE, III; BRAD RUSSO; AND SCOTT BURKHARDT<br><br>Plaintiff(s)<br>v.<br>FEDERAL ELECTION COMMISSION<br><br><br>Defendant | Case No.: 1:08cv00248 |

## AFFIDAVIT OF SERVICE

That I, Roland Gonzales, hereby solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That on February 14, 2008 at 12:45 PM at 999 E St NW Washington DC 20463 I served Thomasenia P. Duncan, General Counsel, Federal Election Commission with the following list of documents: Summons, Complaint and Motion for Preliminary Injunction by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Reggie Neaf, Intake Clerk, whose Title is 6. Authorized Agent for Service of Process.

That Reggie Neaf, Intake Clerk stated he/she had the authority to accept as the Legal Representative for the above listed person or entity.

That the description of the person actually served is as follows:

Gender: Male    Race/Skin: Black    Hair: Black    Glasses: No    Approx. Age: 34    Height: 5'5"    Weight: 160

Roland Gonzales
Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Executed on: 2/15/08

Subscribed and sworn to before me, a notary public, on this 15th day of February, 2008.

Notary Public
Shandora Dobson

My Commission Expires: 06-06-11

My comm. exp. June 6, 2011

ID: 08-005311