UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPEECHNOW.ORG, <br> DAVID KEATING, <br> FRED M. YOUNG, JR., <br> EDWARD H. CRANE, III, <br> BRAD RUSSO, and <br> SCOTT BURKHARDT <br> <br> Plaintiffs, <br> <br> v. <br> <br> FEDERAL ELECTION COMMISSION <br> <br> Defendant. | Civil Case No. 1:08-cv-00248 |

## MOTION IN SUPPORT OF ADMISSION OF
## STEPHEN M. HOERSTING *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Steven M. Simpson respectfully moves the Court for permission for Stephen M. Hoersting to appear as counsel for Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt in this action. As grounds for this Motion, Mr. Simpson states as follows:

1. I am a senior attorney with the Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, Va., 22203.

2. I am licensed or authorized to practice law in the following jurisdictions and courts: Bar of the District of Columbia; the State of New York; the United States Supreme Court; and the United States Courts of Appeals for the Second, Third, Fourth, Fifth and Sixth Circuits.

I am currently and at all times have been a member in good standing of each court or jurisdiction listed herein.

3. On November 5, 2007 I was granted admission to this Court.

4. I have not been subjected to discipline in any jurisdiction and there are presently no disciplinary proceedings pending against me in any jurisdiction.

5. I seek the Court's permission to admit Steven M. Hoersting to represent the Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt in this matter.

6. I acknowledge that Stephen M. Hoersting is subject to all applicable provisions of the District of Columbia Rules of Professional Conduct and the Federal Rules of Civil Procedure.

WHEREFORE, for the foregoing reasons, set forth in accordance with Local Rule 83.2(d) of the United States District Court for the District of Columbia, Steven M. Simpson respectfully requests that the Court enter an order granting Stephen M. Hoersting permission to appear as counsel for Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt, in this action.

Respectfully submitted this 11th day of March, 2008.

        Respectfully submitted,

        /s/ Steven M. Simpson
        Steven M. Simpson (DC Bar No. 462553)
        INSTITUTE FOR JUSTICE
        901 N. Glebe Road, Suite 900
        Arlington, VA 22203
        Tel: (703) 682-9320
        Fax: (703) 682-9321
        Email: ssimpson@ij.org

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY that on this 11th day of March, 2008, a true and correct copy of the MOTION IN SUPPORT OF ADMISSION OF STEPHEN M. HOERSTING** *PRO HAC VICE* was electronically filed using the court's ECF system and sent via the ECF electronic notification system to the following counsel of record:

Robert W. Bonham, III
David B. Kolker
Steve N. Hajjar
FEDERAL ELECTION COMMISSION
999 E. Street, N.W.
Washington, DC  20463

             /s/ Steven M. Simpson

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPEECHNOW.ORG, )
DAVID KEATING, )
FRED M. YOUNG, JR., )
EDWARD H. CRANE, III, )
BRAD RUSSO, and )
SCOTT BURKHARDT )
 )
      Plaintiffs, )
 )
v. ) Civil Case No. 1:08-cv-00248
 )
FEDERAL ELECTION COMMISSION )
 )
      Defendant. )
 )

**DECLARATION OF STEPHEN M. HOERSTING IN SUPPORT
OF MOTION FOR *PRO HAC VICE***

I, STEPHEN M. HOERSTING, declare under penalty of perjury that the following is true:

1. My name is Stephen M. Hoersting, I am a citizen of the United States, a resident of the State of Ohio, and am over the age of 18 years.

2. I am the Vice President for the Center for Competitive Politics, 124 West Street South, Suite 201, Alexandria, Virginia 22314, (703) 894-6800.

3. I was duly licensed to practice law in the State of Ohio on November 11, 1996, the District Court, Southern District of Ohio in March 1997, the United States Court of Appeals for the Sixth Circuit in April of 1999, the Ninth Circuit in April of 2007, and the Tenth Circuit in February of 2008.

4. I have not been subjected to discipline in any jurisdiction and there are presently no disciplinary proceedings pending against me in any jurisdiction.

5. I not been admitted *pro hac vice* in this Court within the last two years.

6. A Certificate of Good Standing from the Supreme Court of Ohio is attached hereto.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2008.

Stephen M. Hoersting

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPEECHNOW.ORG, <br> DAVID KEATING, <br> FRED M. YOUNG, JR., <br> EDWARD H. CRANE, III, <br> BRAD RUSSO, and <br> SCOTT BURKHARDT <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION <br><br> Defendant. | Civil Case No. 1:08-cv-00248 |

**ORDER GRANTING MOTION IN SUPPORT OF ADMISSION
OF STEPHEN M. HOERSTING *PRO HAC VICE***

THE COURT, having considered the Motion of Steven M. Simpson in Support of Admission of Stephen M. Hoersting for Admission *Pro Hac Vice*, having considered the pleadings and other documents of record, and otherwise being fully advised in the premises,

HEREBY ORDERS that Stephen M. Hoersting is admitted in this action *pro hac vice* to appear and to represent the Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt in accordance with the provisions of Local Rule 83.2(d) of the United States District Court for the District of Columbia.

DONE this _____ day of _____ 2008.

BY THE COURT:

_____
United States District Judge