UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPEECHNOW.ORG, *et al.*,              :
                                       :
    Plaintiffs,                    :
                                       :
  v.                                 : Civil Action No. 08-0248 (JR)
                                       :
FEDERAL ELECTION COMMISSION,           :
                                       :
    Defendant.                     :

### ORDER

Upon consideration of plaintiffs' motion for the *pro hac vice* appearance of Stephen M. Hoersting [18], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

 

JAMES ROBERTSON
United States District Judge