# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SPEECHNOW.ORG, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 08-248 (JR) |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | NOTICE OF OBJECTION |
| ) | |
| Defendant. ) | |

## DEFENDANT FEDERAL ELECTION COMMISSION'S NOTICE OF OBJECTION

On March 12, 2008, Plaintiffs filed a Reply in Support of their Motion for Preliminary Injunction [Docket No. 19]. Local Civil Rule 65.1(c) does not, however, provide for a reply in support of an application for a preliminary injunction. *Hicks v. Bush*, 2007 WL 902303 at *4 n.4 (D.D.C. 2007) ("Local Civil Rule 65.1(c) does not provide for the filing of reply briefs on applications for a preliminary injunction . . . ."). Plaintiffs did not seek leave from this Court to file such a reply,[1] and the Court should disregard it.

Respectfully submitted,

Thomasenia P. Duncan (D.C. Bar No. 424222)
General Counsel

---

[1] During negotiations over an extension of time for the Commission to respond to Plaintiffs' motion for preliminary injunction, Plaintiffs suggested that they were considering seeking the Commission's consent to allow Plaintiffs to file a reply. Plaintiffs did not agree to the full extension that the Commission sought and the Commission never consented to a reply brief. *See* Def.'s Unopposed Mot. for Extension of Time to Respond to Pls.' Mot. for Prelim. Inj. [Docket No. 3] (containing no consent regarding a reply brief).

        David Kolker (D.C. Bar No. 394558)
        Associate General Counsel

        Kevin Deeley
        Assistant General Counsel

        Robert W. Bonham III (D.C. Bar No. 397859)
        Senior Attorney

        <u>/s/ Steve N. Hajjar</u>
        Steve N. Hajjar
        Attorney

        COUNSEL FOR DEFENDANT
        FEDERAL ELECTION COMMISSION
        999 E Street NW
        Washington, DC 20463
Dated: March 18, 2008    (202) 694-1650