UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SPEECHNOW.ORG, <br> DAVID KEATING, <br> FRED M. YOUNG, JR., <br> EDWARD H. CRANE, III, <br> BRAD RUSSO, and <br> SCOTT BURKHARDT <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 1:08-cv-00248 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' RESPONSE TO FEC'S OBJECTION TO REPLY BRIEF OR,
IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE REPLY BRIEF**

Plaintiffs recognize that Local Civil Rule 65.1(c) does not expressly provide for a reply in support of a motion for preliminary injunction. The general rule governing motions, however, provides for reply briefs to be filed within 5 days of the opposition brief. *See* Local Civil Rule 7(d). Furthermore, upon researching the docket sheets of other cases in the Federal District Court for the District of Columbia in which motions for preliminary injunctions were filed—both cases against the FEC and otherwise—Plaintiffs discovered that the movants in those cases filed reply briefs without seeking leave of court and, apparently, without any prior agreement with the opposing party. *See, e.g.*, *Bush-Cheney '04, Inc. v. FEC*, Civil Action No. 1:04-CV-01501 (JR) (docket entry # 5); *Christian Civic League of Maine, Inc. v. FEC*, Case No. 1:06-CV-00614 (docket entry # 26); *Environmental Defense v. United States Army Corps of Engineers*, Case No.

1

1:04-CV-01575 (JR) (docket entry #65).  Based on this research, Plaintiffs concluded that the general rule governing motions controlled the filing of reply briefs.[1]

If this conclusion is incorrect, however, Plaintiffs hereby request leave to file their reply brief.  As stated above, reply briefs are provided for in the general rule governing motions, and the absence of any reference to reply briefs in Local Civil Rule 65.1(c) is likely a result of the fact that motions for preliminary injunction are often decided too quickly to allow time for a reply brief.  Plaintiffs believe that their reply brief in this case is helpful in narrowing the issues for the Court's consideration, and if the Court holds a hearing on Plaintiffs' motion, the reply will help make the hearing more efficient and will likely even help the FEC in understanding and responding to Plaintiffs' arguments.  Plaintiffs raised no new arguments or evidence in their reply brief; they simply replied to the arguments raised by the FEC.  Accordingly, the FEC is not prejudiced by the filing of Plaintiffs' reply.  *See, e.g.*, *Hicks v. Bush*, No.02-299, 2007 WL 902303, at *4 n.4 (D.D.C. Mar. 23, 2007) ("Local Civil Rule 65.1(c) does not provide for the filing of reply briefs on applications for a preliminary injunction; however, *as Petitioner filed his Reply brief on March 19, 2007 and that Reply brief is currently before the Court, in the interest of justice, the Court will consider it in addressing Petitioner's Motion to Enjoin*." (emphasis added)).

Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel has contacted counsel for the FEC concerning Plaintiffs' motion for leave and counsel for the FEC has indicated that they oppose the motion.

---

[1] The FEC points out that when Plaintiffs filed their motion, Plaintiffs' counsel at that time discussed the possibility of a reply brief with counsel for the FEC.  At that time, Plaintiffs' counsel believed that Plaintiffs were not entitled to file a reply brief.  However, upon later performing the research on other cases as discussed above—including cases in which the FEC was involved—Plaintiffs' counsel concluded that their first impression was mistaken.  Plaintiffs also contacted the clerk's office to determine whether it could provide any additional information on this question, but it could not.

2

Dated March 18, 2008

        Respectfully submitted,

        /s/Steven M. Simpson
        Steven M. Simpson (DC Bar No. 462553)
        William H. Mellor (DC Bar No. 462072)
        Robert Gall (DC Bar No. 482476)
        Paul M. Sherman (DC Bar No. 978663)
        INSTITUTE FOR JUSTICE
        901 N. Glebe Road, Suite 900
        Arlington, VA 22203
        Tel: (703) 682-9320
        Fax: (703) 682-9321
        Email: ssimpson@ij.org


        Stephen M. Hoersting*
        Bradley A. Smith*
        Michael Darner*
        CENTER FOR COMPETITIVE POLITICS
        124 W. Street South, Suite 201
        Alexandria, VA 22314
        Tel: (703) 894-6800
        Email: shoersting@campaignfreedom.org,
        BSmith@law.capital.edu,
        mdarner@campaignfreedom.org

        *Attorneys for Plaintiffs*

        *Admitted *Pro Hac Vice*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th Day of March, 2008, a true and correct copy of the **PLAINTIFFS' RESPONSE TO FEC'S OBJECTION TO REPLY BRIEF OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE REPLY BRIEF** was electronically filed using the court's ECF system and sent via the ECF electronic notification system to the following counsel of record:

Robert W. Bonham, III
David B. Kolker
Steve N. Hajjar
FEDERAL ELECTION COMMISSION
999 E. Street, N.W.
Washington, DC  20463

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Donald J. Simon
SONOSKY, CHAMBERS, SACHSE
ENDERSON & PERRY, LLP
1425 K Street, N.W.
Washington, DC  20005

Fred Wertheimer
DEMOCRACY 21
1878 I Street, N.W.
Suite 500
Washington, DC  20005

Counsel for *Amicus Curiae* Democracy 21

J. Gerald Hebert
Paul S. Ryan
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave., N.W.
Suite 650
Washington, DC  20036

Counsel for *Amicus Curiae* Campaign Legal Center

/s/ Steven M. Simpson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SPEECHNOW.ORG, <br> DAVID KEATING, <br> FRED M. YOUNG, JR., <br> EDWARD H. CRANE, III, <br> BRAD RUSSO, and <br> SCOTT BURKHARDT <br><br>   Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION <br><br>   Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br> Civil Case No. 1:08-cv-00248 (JR) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF**

   Plaintiffs' Motion for Leave to File Reply Brief is hereby GRANTED.

   SO ORDERED this ____ day of _____, 2008.


   _____
   United States District Judge