UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPEECHNOW.ORG, *et al.*,           :
                                    :
         Plaintiffs,                :
                                    :
     v.                             :  Civil Action No. 08-0248 (JR)
                                    :
FEDERAL ELECTION COMMISSION,        :
                                    :
         Defendant.                 :

### ORDER

The FEC's objection to the filing of a reply brief is overruled, with commentary:  Rule 65.1(c) indeed does not "provide for" replies on motions for preliminary injunction, but neither does it prohibit them.  And the full quotation from Judge Kollar-Kotelly's memorandum opinion in <u>Hicks v. Bush</u>, 2007 WL 902303 *4 at n.4 (D.D.C. 2007), has quite a different meaning from that implied by FEC counsel.  What Judge Kollar-Kotelly wrote was:

> "Respondents filed their Opposition on March 16, 2007, along with a Response to Petitioner's Motion to Expedite, in which they indicated that they did not object to filing their Opposition on that date, but that they believed that pursuant to Local Civil Rule 65.1(c), Petitioner was not entitled to file a Reply brief on a motion for emergency relief.  Resp'ts' Resp. at 1.

Respondents urged the Court to consider Petitioner's Motion to Enjoin without recourse to any Reply brief that Petitioner might file thereafter. *Id.* at 2.  Local Civil Rule 65.1(c) does not provide for the filing of reply briefs on applications for a preliminary injunction; however, as Petitioner filed his Reply brief on March 19, 2007 and that Reply brief is currently before the Court, in the interest of justice, the Court will consider it in addressing Petitioner's Motion to Enjoin.
Counsel are duly admonished.


                                        JAMES ROBERTSON
                                  United States District Judge