UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPEECHNOW.ORG, <br> DAVID KEATING, <br> FRED M. YOUNG, JR., <br> EDWARD H. CRANE, III, <br> BRAD RUSSO, and <br> SCOTT BURKHARDT <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION <br><br> Defendant. | Civil Case No. 1:08-cv-00248 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit this Notice of Supplemental Authority in connection with their Motion for Preliminary Injunction, filed on February 14, 2008 and argued before this Court on April 11, 2008. On May 1, 2008, the United States Court of Appeals for the Fourth Circuit decided *North Carolina Right to Life, Inc. v. Leake*, Nos. 07-1438, 07-1439, 2008 WL 1903462 (4th Cir. May 1, 2008), in which the court held that North Carolina's $4000 contribution limit could not constitutionally be applied to groups that made only independent expenditures to support or oppose candidates for office. *See id*. at *17. The court applied intermediate scrutiny to the contribution limit but nonetheless held that it was not closely drawn to serve the State's interest in preventing corruption because the group made only independent expenditures, which did not pose a threat of corruption. *See id*. at 15-17. According to the court, "independent

expenditure political committees do not serve as mouthpieces for political candidates. . . . Instead, independent expenditure political committees offer an opportunity for ordinary citizens to band together to speak on the issue or issues most important to them." *Id*. at *18.

Respectfully submitted this 2nd day of May, 2008.

Respectfully submitted,

/s/Steven M. Simpson
Steven M. Simpson (DC Bar No. 462553)
William H. Mellor (DC Bar No. 462072)
Robert Gall (DC Bar No. 482476)
Paul M. Sherman (DC Bar No. 978663)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: ssimpson@ij.org

Stephen M. Hoersting*
Bradley A. Smith*
CENTER FOR COMPETITIVE POLITICS
124 W. Street South, Suite 201
Alexandria, VA 22314
Tel: (703) 894-6800
Email: shoersting@campaignfreedom.org,
BSmith@law.capital.edu

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 2nd Day of May, 2008, a true and correct copy of the Plaintiffs' NOTICE OF SUPPLEMENTAL AUTHORITY was electronically filed using the court's ECF system and sent via the ECF electronic notification system to:

Robert W. Bonham, III
David B. Kolker
Steve N. Hajjar
FEDERAL ELECTION COMMISSION
999 E. Street, N.W.
Washington, DC 20463

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Donald J. Simon
SONOSKY, CHAMBERS, SACHSE
ENDERSON & PERRY, LLP
1425 K Street, N.W.
Washington, DC 20005

Fred Wertheimer
DEMOCRACY 21
1875 I Street, N.W.
Suite 500
Washington, DC 20005

Counsel for *Amicus Curiae* Democracy 21

J. Gerald Hebert
Paul S. Ryan
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave., N.W.
Suite 650
Washington, DC 20036

Counsel for *Amicus Curiae* Campaign Legal Center

                                      /s/ Steven M. Simpson