**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| _____ ) | | |
| SPEECHNOW.ORG, ) | | |
| DAVID KEATING, ) | | |
| FRED M. YOUNG, JR., ) | | |
| EDWARD H. CRANE, III, ) | | |
| BRAD RUSSO, and ) | | |
| SCOTT BURKHARDT ) | | |
| ) | | |
|      Plaintiffs, ) | | |
| ) | | |
|   v. ) | Civil Case No. 1:08-cv-00248 (JR) | |
| ) | | |
| FEDERAL ELECTION COMMISSION, ) | | |
| ) | | |
|      Defendant. ) | | |
| _____) | | |

### NOTICE OF WITHDRAWAL OF APPEARANCE BY COUNSEL

Pursuant to LCvR 83.6(b), Plaintiffs SpeechNow.org, David Keating, Fred M. Young, Jr.,

Edward H. Crane, III, Brad Russo, and Scott Burkhardt hereby notify the Court that Michael P.

Darner is withdrawing as counsel for Plaintiffs.

Dated May 2, 2008

       Respectfully submitted,

| | |
|---|---|
| /s/ David Keating | /s/ Michael P. Darner |
| SpeechNow.org | Michael P. Darner* |
| | Stephen M. Hoersting* |
| /s/ David Keating | Bradley A. Smith* |
| | CENTER FOR COMPETITIVE POLITICS |
| /s/ Fred M. Young, Jr. | 124 W. Street South, Suite 201 |
| | Alexandria, VA 22314 |
| /s/ Edward Crane, III | Tel: (703) 894-6800 |
| | Email: shoersting@campaignfreedom.org, |
| /s/ Brad Russo | BSmith@law.capital.edu, |
| | mdarner@campaignfreedom.org |
| /s/ Scott Burkhardt | |
| | Steven M. Simpson (DC Bar No. 462553) |
| *Plaintiffs* | William H. Mellor (DC Bar No. 462072) |

Robert Gall (DC Bar No. 482476)
Paul M. Sherman (DC Bar No. 978663)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: ssimpson@ij.org

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd Day of May 2008, a true and correct copy of the NOTICE OF WITHDRAWAL OF APPEARANCE was filed electronically using the court's ECF system and sent via the ECF electronic notification system to the following counsel of record:

Robert W. Bonham, III
David B. Kolker
Steve N. Hajjar
FEDERAL ELECTION COMMISSION
999 E. Street, N.W.
Washington, DC 20463

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Donald J. Simon
SONOSKY, CHAMBERS, SACHSE
ENDERSON & PERRY, LLP
1425 K Street, N.W.
Washington, DC 20005

Fred Wertheimer
DEMOCRACY 21
1875 I Street, N.W.
Suite 500
Washington, DC 20005

Counsel for *Amicus Curiae* Democracy 21

J. Gerald Hebert
Paul S. Ryan
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave., N.W.
Suite 650
Washington, DC 20036

Counsel for *Amicus Curiae* Campaign Legal Center

/s/Michael P. Darner