**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SPEECHNOW.ORG, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 08-248 (JR) |
| ) | |
| v. ) | RESPONSE TO MOTION |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |

**RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**FIRST AMENDED COMPLAINT**

Plaintiffs contacted the Commission asking for consent to Plaintiffs' Motion for Leave to File First Amended Complaint for Declaratory and Injunctive Relief late in the day on June 19, 2008. The following day, June 20, 2008, the Commission indicated that "in light of the limited amount of time the Commission has had to consider Plaintiffs' motion, the Commission takes no position on it at this time and will review the motion to determine whether it is opposed." Later that day, Plaintiffs filed their motion. [Docket No. 28].

Having reviewed Plaintiffs' motion and proposed amended complaint, the Commission — while neither admitting nor denying any averments in Plaintiffs' amended complaint — consents to Plaintiffs' motion.

Respectfully Submitted,

Thomasenia P. Duncan (D.C. Bar No. 424222)
General Counsel

David Kolker (D.C. Bar No. 394558)
Associate General Counsel

Kevin Deeley
Assistant General Counsel

Robert W. Bonham III (D.C. Bar No. 397859)
Senior Attorney

/s/ Steve N. Hajjar
Steve N. Hajjar
Attorney

Graham Wilson
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
Dated:  June 27, 2008                                    (202) 694-1650