**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SPEECHNOW.ORG, *et al.*,          :
                                  :
    Plaintiffs,                :
                                  :
  v.                              : Civil Action No. 08-0248 (JR)
                                  :
FEDERAL ELECTION COMMISSION,      :
                                  :
    Defendant.                 :

**ORDER**

The first prayer for relief in the complaint of SpeechNow.org, filed on 2/4/08 [#1], was for certification of plaintiffs' constitutional challenge to the Court of Appeals under 2 U.S.C. section 437h. With their complaint, however, plaintiffs filed a motion for preliminary injunction [#2]. Neither that motion nor the proposed order attached to it [#2-2] made any mention of section 437h. Section 437h was not mentioned in plaintiffs' reply to FEC's opposition to the motion for preliminary injunction [#20], nor, to the best of my recollection, was it mentioned during oral argument on 4/11/08. On 6/6/08, the parties submitted a joint scheduling report pursuant to LCvR 16.3 [#27], contemplating the filing of a motion for section 437h certification on 6/27/08, with briefing thereon to be completed by 7/25/08. That joint scheduling report reflected the (apparently agreed) position of the parties that actual certification would take place, if at all, only after the completion of two rounds of briefing, the second, relating to

findings of fact, to be completed on 11/21/08.  The certification motion was filed, as the parties had agreed, on 6/27/08.  My ruling on plaintiffs' motion for preliminary injunction was entered four days later.  That ruling also denied the certification motion, in the belief that the plaintiffs would take the issue to the Court of Appeals themselves.  Apparently they do not wish to do so.  Instead, they have moved for reconsideration of my 7/1/08 order, to the extent that it denied the certification motion.  That motion [#34] is **granted**.  That portion of this Court's order of 7/1/08 which denied the certification motion is **vacated**, and the Court will await the parties' agreed two rounds of briefing on the question.

                                                    JAMES ROBERTSON
                                        United States District Judge