UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPEECHNOW.ORG, <br> DAVID KEATING, <br> FRED M. YOUNG, JR., <br> EDWARD H. CRANE, III, <br> BRAD RUSSO, and <br> SCOTT BURKHARDT <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION <br><br> Defendant. | Civil Case No. 1:08-cv-00248 (JR) |

## NOTICE OF APPEAL

Notice is given that SpeechNow.org, David Keating, Fred M. Young, Jr., Edward H. Crane, III, Brad Russo, and Scott Burkhardt, plaintiffs in the above-named case, pursuant to 28 U.S.C. §1292(a), appeal to the United States Court of Appeals for the District of Columbia Circuit from an order entered in this action on July 1, 2008, denying plaintiffs' motion for preliminary injunction.

Dated: July 22, 2008

Respectfully Submitted,

Steven M. Simpson

William H. Mellor (DC Bar No. 462072)

RECEIVED

JUL 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Steven M. Simpson (DC Bar No. 462553)
Robert Gall (DC Bar No. 482476)
Paul M. Sherman (DC Bar No. 978663)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320

Stephen M. Hoersting*
Bradley A. Smith*
CENTER FOR COMPETITIVE POLITICS
124 W. Street South, Suite 201
Alexandria, VA 22314
Tel: (703) 894-6800

*Attorneys for Plaintiffs*
*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd Day of July 2008, a true and correct copy of PLAINTIFFS' NOTICE OF APPEAL was filed with the Clerk of the Court and copies will be sent to the following counsel of record:

Robert W. Bonham, III
David B. Kolker
Steve N. Hajjar
Kevin Deeley
FEDERAL ELECTION COMMISSION
999 E. Street, N.W.
Washington, DC 20463

_____
Steven M. Simpson