UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPEECHNOW.ORG, <br> DAVID KEATING, <br> FRED M. YOUNG, JR., <br> EDWARD H. CRANE, III, <br> BRAD RUSSO, and <br> SCOTT BURKHARDT <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION <br><br> Defendant. | **FILED** <br> MAY 2 7 2010 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia <br><br><br> Civil Case No. 1:08-cv-00248 (JR) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

The D.C. Circuit, in its opinion of March 26, 2010, held that the statutes and regulations that limit the contributions the individual Plaintiffs may make to SpeechNow.org, and the contributions SpeechNow.org may accept, violate the First Amendment. Accordingly, this Court enters final judgment on behalf of Plaintiffs and declares that the contribution limits set forth in certified questions 1, 2, and 3 (2 U.S.C. §§ 441a(a)(1)(C) and 441a(a)(3)) and any implementing regulations cannot be constitutionally applied against SpeechNow.org, the individual Plaintiffs, and others who wish to contribute to SpeechNow.org;

This Court also ORDERS that Defendant is permanently enjoined from enforcing the contribution limits set forth in certified questions 1, 2, and 3 (2 U.S.C. §§ 441a(a)(1)(C) and

441a(a)(3)) and any implementing regulations against SpeechNow.org, the individual Plaintiffs, and others who wish to contribute to SpeechNow.org.

SO ORDERED this 26th day of May, 2010.

_____
United States District Judge